FILED

2024 Jul-09  PM 02:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LUCIEN BLANKENSHIP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.:** _____ |
| | ) | |
| **THE WATER WORKS BOARD OF** | ) | |
| **THE CITY OF BIRMINGHAM, et. al.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF REMOVAL**

**COMES NOW**, the Defendants, The Water Works Board of the City of Birmingham (the "Water Works Board"), Tereshia Huffman, Chair of the Water Works Board, and Michael Johnson, former General Manager of the Water Works Board, pursuant to 28 U.S.C. §§ 1331 and 1441 (a) and (c), and file this Notice of Removal of this action from the Circuit Court of Jefferson County, Alabama, where it is now pending, to the United State District Court for the Northern District of Alabama, Southern Division.  As grounds for this removal, the Defendants show as follows:

1.     This action was commenced against the Defendants in the Circuit Court of Jefferson County, Alabama on June 17, 2024, bearing Civil Action Number 01-CV-2024-902402. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings, process, and orders are attached hereto as Exhibits "A"  and "B" and incorporated herein.

2.     Removal of this case is timely as this Notice is filed in accordance with 28 U.S.C. § 1446(b).

3.      Pursuant to 28 U.S.C. § 1446(d), Defendants are filing a copy of this Notice with the Alabama state court's electronic filing system which will provide a copy of this filing to the Clerk of the Circuit Court of Jefferson County, Alabama and to counsel for the Plaintiff, the adverse party.

### JURISDICTION

4.      Among other things, Plaintiff's Complaint alleges claims under 5th and 14th Amendments to the United States Constitution,  42 U.S.C. § 1983 and 29 U.S.C. § 216, which are laws of the United States for purposes of 28 U.S.C. § 1331.[1]

5.      Because the Plaintiff alleges claims arising under laws of the United States, the United States District Courts have original "federal question" jurisdiction of this action under 28 U.S.C. § 1331; therefore, this case is removable to this Court pursuant to 28 U.S.C. § 1441,

6.      All named Defendants have consented to the removal of this action.

**WHEREFORE**, the Defendants pray that this Court will make any and all orders necessary to effect removal of this cause from the Circuit Court of Jefferson County, Alabama and to effect and prepare in this Court the true records of all proceedings that may have been had in the Circuit Court of Jefferson County, Alabama.

Respectfully submitted,

 /s/ K. Mark Parnell
 K. Mark Parnell (ASB-5063-E62K)
 Attorneys for the Defendants

**OF COUNSEL:**
**PARNELL THOMPSON, LLC**
200 Office Park Drive, Suite 328
Birmingham, Alabama 35223

---

[1] No statement or assertion in this Notice if Removal is intended, or should be construed, to indicted in any way that the Defendants believe the Plaintiff's allegations have any merit whatsoever.  In fact, the Defendants will timely file a motion to dismiss the complaint.

(205) 582-2652
parnell@ptlawllc.com
thompson@ptlawllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2024 I electronically filed the foregoing with the Clerk of the Court and have electronically caused service to be made on all counsel of record by using the CM/ECF system.

Richard A. Rice, Esq.

N. 115 Richard Arrington Jr. Blvd

Birmingham, AL  35203

rrice@rice-lawfirm.com


Frederic A. Bolling

1125 Heritage Way

Birmingham, AL 35211

bollinglawfirm@gmail.com


/s/ K. Mark Parnell

3