### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **LUCIEN BLANKENSHIP,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:24-cv-00894-SGC |
| ) | |
| **THE WATER WORKS BOARD OF** ) | |
| **THE CITY OF BIRMINGHAM, et al.,** ) | |
| Defendants. ) | |

### PLAINTIFF'S NOTICE OF DISMISSAL
### OF ALL CLAIMS WITHOUT PREJUDICE

COMES NOW, the Plaintiff, Lucien Blankenship and pursuant to Federal Rule of Civil Procedure 41(1)(A)(i) provides notice that the claims of this action are dismissed without prejudice.

WHEREFORE PREMISES CONSIDERED, the Plaintiff request that this Honorable Court issue any Order necessary to effectuate this dismissal without prejudice.

Respectfully submitted

s/ Frederic A. Bolling
Frederic A. Bolling (ASB-7271-G69F)
*Attorney for Plaintiff Michael Lee*

OF COUNSEL:
The Bolling Law Firm, LLC
1125 Heritage Way
Birmingham, Alabama 35211

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification to the following:

Birmingham Water Works Board c/o K. MARK PARNELL, Esq.
PARNELLTHOMPSON, LLC
200 OFFICE PARK DRIVE, SUITE 328
BIRMINGHAM, ALABAMA 35233
parnell@ptlawllc.com

                                                                                                   <u>s/ Frederic A. Bolling</u>
                                                                                                   OF COUNSEL