# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LUCIEN BLANKENSHIP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:24-cv-894-SGC |
| ) | |
| THE WATER WORKS BOARD OF ) | |
| THE CITY OF BIRMINGHAM, et al., ) | |
| ) | |
| Defendants. | |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff has voluntarily dismissed this action.

Therefore, at the direction of the Honorable Staci G. Cornelius, this case is closed.

DATED: August 1, 2024

Greer M. Lynch, CLERK

By: s/Bridget S. Tyree
Deputy Clerk